JS-6

Daren S. Garcia, Ohio State Bar No. 0077156
dsgarcia@vorys.com
*Admitted Pro Hac Vice*
Daniel J. Cianchetta, Ohio State Bar No. 0089736
djcianchetta@vorys.com
*Admitted Pro Hac Vice*
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, Ohio 43216-1008
Telephone: (614) 464-5446
Facsimile:  (614) 719-5054

Brent M. Giddens, State Bar No. 133652
bgiddens@cfdlaborlaw.com
Daphne P. Bishop, State Bar No. 217519
dbishop@cdflaborlaw.com
CAROTHERS DI SANTE & FREUDENBERG LLP
707 Wilshire Blvd., Ste. 5150
Los Angeles, California 90017
Telephone: (213) 612-6300
Facsimile: (213) 612-6301

Attorneys for Defendants Abercrombie & Fitch Stores, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CHARLES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ABERCROMBIE & FITCH STORES, INC.; and DOES 1-100, Inclusive,<br><br>　　　　Defendants. | Case No. CV 14-8441-GW(VBKx)<br><br>**JUDGMENT IN A CIVIL ACTION**<br><br>Judge: Hon. George H. Wu<br>Courtroom: 10 - Spring St. Floor |

1

[PROPOSED] JUDGMENT IN A CIVIL ACTION

# JUDGMENT IN A CIVIL ACTION

IT IS HEREBY ORDERED that Plaintiff Stephanie Charles recover nothing, the action be dismissed on the merits, and Defendant Abercrombie & Fitch Stores, Inc. recover costs from Plaintiff Stephanie Charles.

Dated: September 18, 2015

_____
GEORGE H. WU, U.S. DISTRICT JUDGE